### No. 324.

Circuit Court of Appeals, Second Circuit.

July 6, 1942.

## KAY LOAN CO. OF NEW YORK v. WOLKOF.

### No. 320.

Circuit Court of Appeals, Second Circuit.

July 6, 1942.

Walter B. Milkman and Charles E. Kaplan, both of Brooklyn, N. Y., for appellant.

William R. L. Cook, of Flushing, N. Y., for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.·

This case depends entirely upon questions of fact. The referee heard the witnesses and his findings must stand unless they are "clearly erroneous," which they clearly are not. Federal Rules of Civil Procedure, rule 53(e) (2), 28 U.S.C.A. following section 723c. The questions of law involved are too trivial to require any discussion.

Order affirmed.